Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 10−18488−rb**

**In re:**
James Joseph Griffin
419 West 204th Street
Fairview Park, OH 44126

**Social Security No.:**
xxx−xx−4193

## NOTICE OF HEARING

Scheduled

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
September 14, 2010 @ 9:00a.m.
courtroom 2B
Before Judge Randolph Baxter

To consider and act upon the following matters:

Application for waiver of the Chapter 7 Filing fee for Individuals who cannot pay the filing fee in full or in installments.

**Dated:** August 30, 2010     For the Court
Form ohnb187     Kenneth J. Hirz, Clerk